IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEON SPORISH,
    Plaintiff,

vs.                                    Case No.: 5:13cv318/RS/EMT

SERGEANT BAKER,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1).  By order of this court dated May 6, 2014, Plaintiff was given thirty (30) days in which to file an amended complaint or, alternatively, a notice of voluntary dismissal (*see* doc. 18).  Plaintiff subsequently requested an extension of time in which to file his amended complaint, and the court extended the deadline to July 21, 2014 (*see* docs. 20, 22).  Plaintiff failed to file an amended complaint by the extended deadline; therefore, on July 24, 2014, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 24).  The time for compliance with the show cause order has now elapsed, and Plaintiff has not responded to the order or otherwise communicated with the court.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        **DONE AND ORDERED** this 27th  day of August 2014.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).