IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEON SPORISH,

    Plaintiff,

v.                                       CASE NO. 5:13-cv-318-RS-EMT

SERGEANT BAKER,

    Defendant.
_____/

## ORDER

Before me is the August 27, 2014, Magistrate Judge's Report and Recommendation (Doc. 25). No objection to the report and recommendation was filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the case.

**ORDERED** on September 26, 2014.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**